## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** January 9, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** WHITE, Ricky Lee
Case No.: 5:22-CR-284-1BO
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On May 15, 2019, Ricky Lee White was convicted of Conspiracy to Possess With the Intent to Distribute Methamphetamine, A Schedule II Controlled Substance. Mr. White appeared in United States District Court for the Western District of Texas and received 48 months imprisonment, followed by 3 years of supervised release. He began supervision on November 24, 2021, and a Transfer of Jurisdiction was filed in the Eastern District of North Carolina on November 7, 2022.

Mr. White has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since December 2022. All drug screens have been negative. Mr. White also receives benefits from the Social Security Administration and has satisfied all his monetary obligations. His term of supervision is set to expire on November 23, 2024.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_                              1-10-24
Terrence W. Boyle                              Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.             Crim. No. 5:22-CR-284-1BO

**RICKY LEE WHITE**

On November 24, 2021, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: January 9, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _10_ day of _January_, 2024.

Terrence W. Boyle  
United States District Judge